```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE ANNUITY WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF
THE INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D,
FFL-CIO by its Trustees James T.
Callahan, et al.

        Plaintiffs,

 -against-       09 Civ. 8173 (DAB)
            ORDER OF DISMISSAL
ARPIELLE LEASING COMPANY, INC.,

        Defendant.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

 The parties having notified the Court that they have reached a resolution of this action,

 IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, DISCONTINUED WITH PREJUDICE but without costs; provided, however, that the action may be restored to the calendar of the undersigned if, within 90 days of the date of this Order, Plaintiff submits a letter application to the Court requesting restoration on the grounds that the resolution between the Parties has not been effected.

SO ORDERED.

Dated: New York, New York
    June 25, 2010

              _____
              DEBORAH A. BATTS
              United States District Judge